IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| California Association of Nurseries and Garden Centers; Oregon Association of Nurseries; Monrovia Growers Company; and Woodburn Nurseries and Azaleas, Inc. | ) ) ) ) ) | C/A No.: 3:10-557-JFA |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| The State of South Carolina, in the person of Attorney General Henry McMaster; The South Carolina Department of Agriculture, in the person of Commissioner Hugh Weathers; The State Crop Pest Commission, in the person of Dr. Neil Ogg; and The State of South Carolina Department of Plant Industry, in the person of Christel Harden, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

In light of the status reports filed by the parties, the court hereby stays all deadlines

in this matter until further notice. The parties are instructed to file a status report on the

docket on July 20, 2010.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

May 14, 2010                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge