IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| California Association of Nurseries and Garden Centers; Oregon Association of Nurseries; Monrovia Growers Company; and Woodburn Nurseries and Azaleas, Inc.<br><br>     Plaintiffs,<br><br>vs.<br><br>The State of South Carolina, in the person of Attorney General Henry McMaster; The South Carolina Department of Agriculture, in the person of Commissioner Hugh Weathers; The State Crop Pest Commission, in the person of Dr. Neil Ogg; and The State of South Carolina Department of Plant Industry, in the person of Christel Harden,<br><br>     Defendants. | C/A No.: 3:10-557-JFA<br><br><br><br>**ORDER** |

In light of the status reports filed by the parties, the court hereby stays all deadlines in this matter until further notice. The parties are instructed to each file a status report on the docket on or before February 15, 2011.

  IT IS SO ORDERED.

July 27, 2010                  Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge